ANOUSH HAKIMI (State Bar No. 228858)
anoush@handslawgroup.com
PETER SHAHRIARI (State Bar No. 237074)
peter@handslawgroup.com
**H&S LAW GROUP, PLC**
1800 Vine Street,
Los Angeles, CA 90028

Telephone: (323) 672 - 8281
Facsimile: (213) 402 – 2170

Attorneys for Plaintiff,
**MIA LABOWITZ**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mia Labowitz,<br><br>          Plaintiff,<br><br>     v.<br><br>7111 Melrose Partners, LLC, a Delaware limited liability company; and Does 1-10,<br><br>          Defendants. | Case No.: 2:20-cv-06408-RSWL-MRW<br><br>**PLAINTIFF'S REQUEST FOR DISMISSALWITH PREJUDICE OF ALL DEFENDANTS**<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

Plaintiff Mia Labowitz requests that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendant 7111 Melrose Partners, LLC, from Plaintiff's Complaint, Case Number 2:20-cv-06408-RSWL-MRW. The parties herein reached settlement of the present action. Each party will be responsible for their own fees and costs.

PLAINTIFF'S REQUEST FOR DISMISSALWITH PREJUDICE OF ALL DEFENDANTS

Dated: September 25, 2020        **H&S LAW GROUP, PLC**


By: /s/Peter Shahriari
     Peter Shahriari, Esq.
     Attorneys for Plaintiff, Mia Labowitz

PLAINTIFF'S REQUEST FOR DISMISSALWITH PREJUDICE OF ALL DEFENDANTS