**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mia Labowitz,<br><br>        Plaintiff,<br><br>    v.<br><br>7111 Melrose Partners, LLC, a Delaware limited liability company; and Does 1-10,<br><br>        Defendants. | Case No.: 2:20-cv-06408-RSWL-MRWx<br><br>*Hon. Ronald S. W. Lew*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  July 17, 2020<br>Trial Date:    Not on Calendar |

///
///
///
///
///
///
///
///
///
///

1

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Mia Labowitz's ("Plaintiff") action against Defendant 7111 Melrose Partners, LLC, ("Defendants") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated: October 2, 2020

/S/ RONALD S.W. LEW

Hon. Ronald S. W. Lew
United States District Judge
Central District of California

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE